**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>    Dennis Medina    </u>
              Plaintiff(s)

V.                                CIVIL ACTION NO. 07-10985-PBS

<u>   James Coady, et al.   </u>
              Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE <u>  Saris  </u>

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On <u>   4/13/2009   </u> I held the following ADR proceeding:

        _____    SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION
        ___X___    MEDIATION                           _____ SUMMARY BENCH / JURY TRIAL
        _____    MINI-TRIAL                           _____ SETTLEMENT CONFERENCE

    All parties were represented by counsel  [except _____ ]
    The parties  were / were not  present in person or by authorized corporate officer [except _____ ].
    The case was:

[X]    Settled.  Your clerk should enter a <u> 60 </u> day order of dismissal.

[ ]    There was progress.  A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:


<u>    4/13/2009    </u>                                        <u>   Marianne B. Bowler, USMJ   </u>
DATE                                                  ADR Provider